1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 | In the Matter of the Search of: | ORDER

12 | THE CELLULAR TELEPHONE ASSIGNED | 2:21-sw-0869-AC
   | CALL NUMBER 408-854-2752 |
13
   | THE CELLULAR TELEPHONE ASSIGNED | 2:22-sw-0094-KJN
14 | CALL NUMBER 669-261-4489 |

15 | THE CELLULAR TELEPHONE ASSIGNED | 2:21-sw-0747-DB
   | CALL NUMBER 707-410-9548 |
16
   | THE CELLULAR TELEPHONE ASSIGNED | 2:21-sw-0804-KJN
17 | CALL NUMBER 707-410-9548 |

18 | THE CELLULAR TELEPHONE ASSIGNED | 2:21-sw-0873-AC
   | CALL NUMBER 707-410-9548 |
19
   | THE CELLULAR TELEPHONE ASSIGNED | 2:22-sw-0015-DB
20 | CALL NUMBER 707-410-9548 |

21 | THE CELLULAR TELEPHONE ASSIGNED | 2:22-sw-0095-KJN
   | CALL NUMBER 707-410-9548 |
22

23

24      Upon application of the United States of America and good cause having been shown,

        IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.
25

26   Dated:      May 4, 2022

27                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE
28

[PROPOSED] ORDER

FILED

May 04, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA